UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JANESLY LAFORTUNE,<br><br>    Plaintiff,<br><br>v.<br><br>LANIER HOME RESTORATION GROUP, CORP. and LESLIE CORELY,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 2:24-CV-0159-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 29], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above referenced form, except as herein modified:

<u>This matter is assigned to a four (4) month discovery track. Discovery and all related deadlines will proceed in accordance the Local Rules of this Court as well as the Federal Rules of Federal Procedure following the Court's ruling on the outstanding motion to dismiss.</u>

**IT IS SO ORDERED**, this 20th day of October, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE